# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**QUENTON GAYE,**
**ADC #118794**                                                                                          **PETITIONER**

v.                          **CASE NO. 5:10CV00133 BSM/JJV**

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections were filed. After carefully considering the proposed findings and recommended disposition and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's petition for a writ of habeas corpus [Doc. No. 1] is DENIED.

2.    It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 26th day of October, 2010.

                                                                        /s/ Brian S. Miller
                                                                        UNITED STATES DISTRICT JUDGE