# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**QUENTON GAYE,**　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC# 118794**

**v.**　　　　　　　**CASE NO. 5:10CV00133-BSM/JJV**

**RAY HOBBS, Interim Director,**　　　　　　　　　　　　　　　　　　**RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the order entered this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED.

DATED this 26th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE